| | |
|---|---|
| RE: WANDA MCDANIEL | ) Case No. 16 B 21649 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: DONALD R CASSLING |

**NOTICE OF MOTION**

WANDA MCDANIEL

2123 PRENTISS DR
DOWNERS GROVE, IL  60516

CUTLER & ASSOC
via Clerk's ECF noticing procedures

Please take notice that on November 07, 2019 at 9:30 am my designee or I will appear before the Honorable Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the person(s) named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on October 18, 2019.

/s/ Tom Vaughn

**TRUSTEE'S MOTION TO OBJECT TO DISCHARGE**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to enter an order determining that debtor is not entitled to a discharge, stating as follows:

1. Debtor (s) filed the above-captioned Chapter 13 case on July 05, 2016.

2. The debtor(s) filed a previous Chapter 7 case, # 14-17702 filed on May 09, 2014, discharge having been issued on Aug 29, 2014.

3. Pursuant to 11 U.S.C. § 1328 (f), "the court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor received a discharge--
(1) in a case filed under chapter 7,11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or
(2) in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order."

WHEREFORE Trustee prays that the Court enter an order that the debtor or debtors are not entitled to a discharge.

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE          /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900