Form dschntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 16−21649
Chapter: 13
Judge: Donald R. Cassling

In Re:
   Wanda McDaniel
   2123 Prentiss Drive
   Downers Grove, IL 60516

Social Security / Individual Taxpayer ID No.:
   xxx−xx−7149

Employer Tax ID / Other nos.:

---

### Notice of Denied, Vacated, Waived, or Revoked Discharge

On November 7, 2019, the Court signed an order:

- ○ Vacating the Discharge
- ● Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: November 8, 2019         Jeffrey P. Allsteadt , Clerk
                                                   United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Wanda McDaniel  
    Debtor

Case No. 16-21649-DRC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: cmendoza1      Page 1 of 2      Date Rcvd: Nov 08, 2019  
                       Form ID: dschntc      Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2019.

```
db              #+Wanda McDaniel,    2123 Prentiss Drive,    Downers Grove, IL 60516-5305
24680723        +Argon Credit,    200 W Jackson Blvd,    Chicago, IL 60606-6910
24680725        +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
24918811         Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
24680727        +Ccs/bryant State Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
24680728        +Celtic Bank/contfinco,    121 Continental Dr Ste 1,    Newark, DE 19713-4326
24680729        +City of Chicago,    Dept of Business Affairs,    121 N. LaSalle St.,    Chicago, IL 60602-1266
24858145        +Consumers Credit Union,    1075 Tri State Parkway #830,    Gurnee, IL 60031-9182
24931339        +FIRST ASSOCIATES LOAN SERVICING, LLC,    c/o Law Offices of Gary Holt,
                  2356 Moore Street, Suite 104,    San Diego, CA 92110-3018
24680733        +Illinois Center for Digestive And L,    200 Fox Glenn Ct,    Barrington, IL 60010-1809
24765806         Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
                  Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
24680738        +Presence Health,    200 S Wacker,    Chicago, IL 60606-5863
24680740        +St Joseph Hospital Presence,    2900 N Lake Shore Dr, Chicago,    Chicago, IL 60657-6274
24680741        +Swedish covenant hospital,    5145 N. California Ave,    Chicago, IL 60625-3687
24680751        +Td Bank Usa/targetcred,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3440
24849321        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
24680752        +Toyota Motor Sales, U.S.A., Inc.,    19001 South Western Ave.,    Dept. WC11,
                  Torrance, CA 90501-1106
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
24680724        +E-mail/Text: bk@avant.com Nov 09 2019 01:43:39      Avant Inc,    640 N Lasalle St,
                  Chicago, IL 60654-3731
24680726         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 09 2019 01:38:54
                  Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
24843193         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 09 2019 01:36:59
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
24680730        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 09 2019 01:42:07       Comenity Bank/carsons,
                  3100 Easton Square Pl,    Columbus, OH 43219-6232
24680731        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 09 2019 01:42:08       Comenitycapital/overst,
                  Po Box 182120,    Columbus, OH 43218-2120
24680732        +E-mail/Text: Collections@myconsumers.org Nov 09 2019 01:42:02       Consumers Coop Cred Un,
                  2750 Washington St,    Waukegan, IL 60085-4900
25000298         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 09 2019 01:43:04       Jefferson Capital Systems LLC,
                  Purchased From Avant, Inc,    Po Box 7999,    Saint Cloud Mn 56302-9617,    Orig By: Webbank
24680734        +E-mail/Text: bncnotices@becket-lee.com Nov 09 2019 01:41:44       Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
24866780        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2019 01:42:32       MIDLAND FUNDING LLC,
                  PO Box 2011,    Warren, MI 48090-2011
24680735        +E-mail/Text: bknotices@totalcardinc.com Nov 09 2019 01:42:44       Mid America Bank & Tru,
                  5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
24900382        +E-mail/Text: bknotices@totalcardinc.com Nov 09 2019 01:42:44       Mid America Bank & Trust,
                  Total Visa,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
24680736        +E-mail/PDF: pa_dc_claims@navient.com Nov 09 2019 01:39:08       Navient,    Po Box 9500,
                  Wilkes Barre, PA 18773-9500
25632919         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2019 01:37:03
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
25048706         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2019 01:37:59
                  Portfolio Recovery Associates, LLC,    Successor to BARCLAYS BANK DELAWARE,    (BARCLAYCARD),
                  POB 41067,    Norfolk, VA 23541
24860534         E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2019 01:42:24
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
24807654         E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2019 01:42:24
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
24713474         E-mail/PDF: cbp@onemainfinancial.com Nov 09 2019 01:36:56       SPRINGLEAF FINANCIAL SERVICES,
                  P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
24680739         E-mail/PDF: cbp@onemainfinancial.com Nov 09 2019 01:38:50       Springleaf Financial S,
                  969 S Elmhurst Rd,    Des Plaines, IL 60016
24757499        +E-mail/Text: merle@sirfinance.com Nov 09 2019 01:43:58       Sir Finance Corp,
                  6140 N Lincoln Ave,    Chicago, IL 60659-2318
24680742        +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 01:38:48       Syncb/carcare One,
                  C/o Po Box 965036,    Orlando, FL 32896-0001
24680743        +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 01:36:54       Syncb/hh Gregg,
                  C/o Po Box 965036,    Orlando, FL 32896-0001
24680744        +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 01:38:49       Syncb/old Navy,    Po Box 965005,
                  Orlando, FL 32896-5005
24680745        +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 01:38:49       Syncb/qvc,    Po Box 965005,
                  Orlando, FL 32896-5005
24680746        +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 01:38:48       Syncb/sams Club,    Po Box 965005,
                  Orlando, FL 32896-5005
24680747        +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 01:36:54       Syncb/sync Bank Luxury,
                  950 Forrer Blvd,    Kettering, OH 45420-1469
```

```
District/off: 0752-1          User: cmendoza1            Page 2 of 2             Date Rcvd: Nov 08, 2019
                              Form ID: dschntc           Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
24680748       +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 01:36:54      Syncb/tjx Cos,    Po Box 965015,
                 Orlando, FL 32896-5015
24680749       +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 01:36:55      Syncb/value City Furni,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
24680750        E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 01:38:49      Syncb/walmart,    Po Box 965024,
                 El Paso, TX 79998
25036482       +E-mail/Text: bncmail@w-legal.com Nov 09 2019 01:42:57       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
26585902        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Nov 09 2019 01:41:35
                 United Student Aid Funds, Inc (USAF),    PO Box 8961,   Madison WI 53708-8961
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24680737*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
24680753      ##+Turner Acceptance Crp,   5900 W Howard St,   Skokie, IL 60077-2627
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Wanda  McDaniel cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom Vaughn     ecf@tvch13.net, ecfchi@gmail.com
                                                                                             TOTAL: 3
```